IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02684-PAB-CBS

DOUGLAS A. MAYHEW,
    Plaintiff,
v.

JANET M. STANLEE WEST-WATT,
LAW OFFICE OF M. STANLEE WEST-WATT,
BARRE M. SAKOL,
BARRE M. SAKOL, P.C., and
JANE M. WELLS,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on:

(1) Plaintiff Mr. Mayhew's "Verified Motion for Additional Time for Process of Service" (filed March 16, 2010) (doc. # 8);

(2) "The Sakol Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction" (filed April 5, 2010) (doc. # 19);

(3) the "Motion to Dismiss" filed by Defendants J.M. Stanlee West-Watt and the Law Office of M. Stanlee West-Watt on April 14, 2010 (doc. # 22);

(4) "Plaintiff's Consolidated Motion Objecting to the Magistrate Judge's April 15, 2010 Order and Request for the Court to Vacate Plaintiff's Ordered Response to the West-Watt Defendants' April 14, 2010 Motion to Dismiss Pursuant [to] Fed. R. Civ. P. 11 & 60(a) or (b)" (filed May 6, 2010) (doc. # 30); and

(5) "Plaintiff's Fed. R. Civ. P. Motion to Alter or Amend the Court's Order of May 3, 2010 and Correct the Clerk's Related Misentry of the April 28, 2010 Fed. R. Civ. P. 60(a) or (b) Motion" (filed June 1, 2010) (doc. # 36).

Pursuant to the Order of Reference dated December 8, 2009 (doc. # 2) and the

memoranda dated March 18, 2010 (doc. # 13), April 6, 2010 (doc. # 20), April 15, 2010

1

(doc. # 23), May 11, 2010 (doc. # 31), June 3, 2010 (doc. # 37), these matters were referred to the Magistrate Judge.

On October 28, 2010, the court permitted Mr. Mayhew to file an Amended Complaint on or before November 8, 2010. On November 8, 2010, Mr. Mayhew filed his Amended Complaint (doc. # 47), naming all of the Defendants from the original Complaint and an additional Defendant. The court has reviewed the matters, the entire case file, and the applicable law and is sufficiently advised in the premises. In light of the filing of the Amended Complaint

IT IS ORDERED that:

1. Plaintiff Mr. Mayhew's "Verified Motion for Additional Time for Process of Service" (filed March 16, 2010) (doc. # 8) is DENIED as MOOT.

2. "The Sakol Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction" (filed April 5, 2010) (doc. # 19) is DENIED as MOOT, without prejudice to raising any appropriate defenses in a future motion to dismiss.

3. The "Motion to Dismiss" filed by Defendants J.M. Stanlee West-Watt and the Law Office of M. Stanlee West-Watt on April 14, 2010 (doc. # 22) is DENIED as MOOT, without prejudice to raising any appropriate defenses in a future motion to dismiss.

4. "Plaintiff's Consolidated Motion Objecting to the Magistrate Judge's April 15, 2010 Order and Request for the Court to Vacate Plaintiff's Ordered Response to the West-Watt Defendants' April 14, 2010 Motion to Dismiss Pursuant [to] Fed. R. Civ. P. 11 & 60(a) or (b)" (filed May 6, 2010) (doc. # 30) is DENIED as MOOT.

5. "Plaintiff's Fed. R. Civ. P. Motion to Alter or Amend the Court's Order of

May 3, 2010 and Correct the Clerk's Related Misentry of the April 28, 2010 Fed. R. Civ. P. 60(a) or (b) Motion" (filed June 1, 2010) (doc. # 36) is DENIED as MOOT.

      6.      While not specifically referred to the Magistrate Judge, Plaintiff Mr. Mayhew's "Objection to the March 17, 2010 Order to Show Cause and Request for said Order to the Vacated Pursuant to Fed. R. Civ. P. 60(a) or (b) and for the March 18, 2010 Order to Be Altered or Amended Pursuant to Fed. R. Civ. P. 59(e)" (filed April 1, 2010) (doc. # 17) is also now MOOT.

      7.      By a separate order, the court will set a hearing to discuss the status, scheduling, and other issues in the case.

DATED at Denver, Colorado, this 10th day of November, 2010.

BY THE COURT:

    s/Craig B. Shaffer  
United States Magistrate Judge