IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-02684-PAB-CBS

DOUGLAS A. MAYHEW,

    Plaintiff,

v.

JANET M. STANLEE WEST-WATT,
LAW OFFICE OF M. STANLEE WEST-WATT,
BARRE M. SAKOL,
BARRE M. SAKOL, P.C., and
JANE M. WELLS,

    Defendants.

---

# ORDER

---

This matter is before the Court on plaintiff's Motion Requesting this Matter be Held in Abeyance and Tolled to Allow the District Court to Determine Appellant's August 30, 2011 Post-Judgment Rule 59 Motion [Docket No. 106]. The motion requests relief only from the United States Court of Appeals for the Tenth Circuit, where it was also filed.[1] It appears that plaintiff filed it with this Court to provide notice of his appellate motion. To the extent, however, that plaintiff seeks to have this Court stay his appeal before the Tenth Circuit, it is

**ORDERED** that plaintiff's Motion Requesting this Matter be Held in Abeyance and Tolled to Allow the District Court to Determine Appellant's August 30, 2011 Post-Judgment Rule 59 Motion [Docket No. 106] is DENIED.

---

[1] The Tenth Circuit denied the motion on November 16, 2011.

DATED November 18, 2011.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge